# THE RAMEAU LAW FIRM

16 Court Street, Suite 2504
Brooklyn, NY 11241

AMY RAMEAU, ESQ.*　　　　　　　　　　　　　　　　　　*Admitted in New York, New Jersey,
amywmrameau@hotmail.com　　　　　　　　　　　　Eastern and Southern Districts of New York

*Of Counsel*
AFSAAN SALEEM, ESQ.+　　　　　　　　　　　　　　　　　　+Admitted in New York,
saleemlawny@gmail.com　　　　　　　　　　　　Eastern and Southern Districts of New York

October 15, 2015

**VIA ECF**
Honorable Victor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

　　　　RE:  **Alphonso Williams v. City, et. al., 15 CV 1367 (JBW)(VVP)**

Your Honor:

　　I represent the plaintiff in the above-captioned action.  I write to request a further a one-week extension of time from today October 15, 2015 to October 23, 2015 to amend the complaint.  This request is plaintiff's second motion for an extension of time.  At the telephone status conference held on September 18, 2015 Your Honor extended plaintiff's time to today.  The defendants consent to this request.
　　This second extension is needed because the defendants are still not in receipt of documents that are needed to identify the additional officers involved in this case.  Defendants had anticipated getting the records by today which is why they are consenting to a one week extension.  This request does not affect the other deadlines at this time.
　　I thank the Court for its consideration of this request.

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　　　　　Afsaan Saleem, Esq.

cc:  ACC Karl Ashanti