# THE RAMEAU LAW FIRM

16 Court Street, Suite 2504
Brooklyn, NY 11241

| | |
|---|---|
| AMY RAMEAU, ESQ.* | *Admitted in New York, New Jersey, Eastern and Southern Districts of New York |
| AFSAAN SALEEM, ESQ.+ | +Admitted in New York, Eastern and Southern Districts of New York |
| JOSEPH RUSSO, ESQ.+ | +Admitted in New York Eastern District of New York |

August 16, 2016

**VIA ECF**
Hon. Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE:  Alfonso Williams v. City, et. al., 15 CV 1367 (JBW)(PK)**

Your Honor:

     I represent the plaintiff in the above-referenced action.  I write with the consent of defendants to request an extension of time to complete discovery and a corresponding extension of all the other deadlines, including the identification of the case-in-chief experts.  The parties have both requested extensions of discovery in the past.  The parties request an additional 60 days to complete discovery from today's discovery deadline.  The parties are scheduled to have a telephone conference with Your Honor on Friday, August 19th at 10:30 a.m.  Because plaintiff will be before Your Honor at a 10:00 a.m. initial conference he requests that he appear in person for the conference while defense counsel still appears by phone.

     At the last Court conference the parties informed the Court that the plaintiff had brought another case and that they would attempt to see if both cases could be resolved at once.  It was the plaintiff's preference to seek an extension of discovery in this case to try to settle this case to avoid the expense of depositions.  However, it does not appear likely that either case can settle quickly. The parties had attempted to depose at least one of the officers prior to the discovery deadline but due to counsel's conflicting schedules and pre-arranged vacations they were not able to do so.

     Counsel have since conferred and have set aside the dates of August 24th and August 30th to conduct the depositions of four of the

Tel: (718) 852-4759
    (718) 875-1173
Fax: (718) 875-5440

therameaulawfirm.com

**THE RAMEAU LAW FIRM**

16 Court Street, Suite 2504
Brooklyn, NY 11241

defendants. We are optimistic that with the initial time fact discovery can be completed.

    I thank the Court for its consideration of this request.

                              Sincerely,

                              Ahsaan Saleem

cc: Karl Ashanti, Esq.